NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MICHAEL LEON SANDERS,     )
DOC #109311,     )
    )
    Appellant,     )
    )
v.     )     Case No. 2D18-2519
    )
STATE OF FLORIDA,     )
    )
    Appellee.     )
_____ )

Opinion filed September 20, 2019.

Appeal from the Circuit Court for Lee
County; J. Frank Porter, Judge.

Howard L. Dimmig, II, Public
Defender, and Kevin Briggs, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.


BLACK, BADALAMENTI, and SMITH, JJ., Concur.